UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dean Ryan Kline, | Case No. 24-cv-0121 (JRT/DLM) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Steve Sandvik, Nate Hagen, Kea I. Maxwell, and Jeffrey Kritzer, | |
| Defendants. | |

On May 9, 2024, this Court entered an order giving Plaintiff Ryan Dean Kline 21 days—that is, until May 30, 2024—to submit this action's filing fee or an application to proceed *in forma pauperis* ("IFP"). (*See* Doc. 5 at 1.) That deadline has now passed, and Mr. Kline has not submitted a filing fee or an IFP application. Accordingly, the Court now recommends dismissing this action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See, e.g.*, *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT** this action be **DISMISSED WITHOUT PREUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: June 12, 2024            _s/Douglas L. Micko_
DOUGLAS L. MICKO
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).