# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DEAN RYAN KLINE, | Civil No. 24-121 (JRT/DLM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| STEVE SANDVIK, et al., | |
| Defendants. | |

Dean Ryan Kline, ADDRESS UNKNOWN, *pro se* plaintiff.

United States Magistrate Judge Douglas L. Micko filed a Report and Recommendation ("R&R") on Jun 12, 2024. (ECF No. 6.) No objections have been filed to that R&R in the time permitted.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The June 12, 2024 Report and Recommendation (ECF No.6) is **ADOPTED**; and

2. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 28, 2024  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
United States District Judge